

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crystal Rodriguez, on behalf of herself, all others similarly situated, and the general public<br><br>Plaintiff,<br><br>V.<br><br>Endangered Species Chocolate, LLC<br><br>Defendant. | Civil Action No. 23-cv-00054-BTM-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds P65's notice requirements applicable. Because it is undisputed that Plaintiff did not comply with them, her second amended complaint is dismissed without prejudice.

Date: 3/21/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D. Martinez

D. Martinez, Deputy